**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CAROL J. STRONG,<br><br>      Plaintiff,<br>  v.<br><br>NOVARTIS PHARMACEUTICALS CORPORATION, MERCK & CO., INC., PROCTER & GAMBLE PHARMACEUTICALS, INC., AVENTIS PHARMACEUTICALS, INC.,<br><br>      Defendants. | Civil Action No.:  1:08-cv-04100<br><br>**DEFENDANT'S DISCLOSURE STATEMENT** |

  Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, counsel for Defendant, Novartis Pharmaceuticals Corporation ("NPC"), hereby discloses and certifies that, to the best of my knowledge and belief, the following is a complete list of NPC's parent corporations and publicly held companies that own 10% or more of NPC's stock:

  1.  Parent Companies:

    (a) Novartis Finance Corporation, a New York corporation;

    (b) Novartis Corporation, a New York corporation;

    (c) Novartis Holding, AG, a Swiss company; and

    (d) Novartis AG, a Swiss company, whose American Depository Shares are publicly traded on the New York Stock Exchange.

  2.  Publicly held companies owning more than 10% of NPC stock:

    (a) Novartis AG indirectly owns a 100% interest in NPC.

Dated: May 27, 2008                                        Respectfully submitted,


                                                           s/ Diane E. Lifton
                                                           Diane E. Lifton (DL-9673)
                                                           DLifton@gibbonslaw.com
                                                           Ethan D. Stein (ES-7130)
                                                           EStein@gibbonslaw.com
                                                           GIBBONS P.C.
                                                           One Pennsylvania Plaza, 37th Floor
                                                           New York, NY 10119-3701
                                                           Phone: 212-613-2000
                                                           Fax: 212-333-5980
                                                           *Counsel for Defendant Novartis Pharmaceuticals Corporation*

                                                           *Of counsel:*
                                                           Joe G. Hollingsworth
                                                           Katharine R. Latimer
                                                           Robert E. Johnston
                                                           SPRIGGS & HOLLINGSWORTH
                                                           1350 I Street, NW, Ninth Floor
                                                           Washington, D.C. 20005
                                                           Phone: (202) 898-5800
                                                           Fax: (202) 682-1639

30

## CERTIFICATE OF SERVICE

I hereby certify that on May 27, 2008, the Defendant's Disclosure Statement was filed with the Clerk of the Court and served in accordance with the Southern District's Rules on Electronic Service upon the following parties and participants:

> Daniel A. Osborn, Esq.
> Russel H. Beatie, Esq.
> Philip J. Miller, Esq.
> Beatie and Osborn LLP
> 521 Fifth Avenue, 34th Floor
> New York, NY  10175

I further certify that on May 27, 2008, I served a true and correct copy of the foregoing Defendant's Disclosure Statement by United States Mail, postage prepaid, on:

| | |
|---|---|
| The Powell Law Firm, L.C.<br>269 South Beverly Drive<br>Suite 1156<br>Beverly Hills, CA  90212 | The Offices of Jeffrey C. Bogert<br>501 Colorado Boulevard<br>Suite 208<br>Santa Monica, CA  90401 |

> s/ Diane E. Lifton
> Diane E. Lifton

31