AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

SOUTHERN DISTRICT OF NEW YORK

Carol J. Strong

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER:

Novartis Pharmaceuticals Corporation, Merck & Co., Inc., Procter & Gamble Pharmaceuticals, Inc. and Aventis Pharmaceuticals, Inc.,

08 CIV 4100

TO: (Name and address of defendant)

Aventis Pharmaceuticals, Inc.
200 Crossing Boulevard
Bridgewater, New Jersey 08807

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Beatie and Osborn LLP
521 Fifth Avenue, 34th Floor
New York, New York 10175

an answer to the complaint which is herewith served upon you, within _____twenty_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

MAY 0 1 2008

CLERK

(BY) DEPUTY CLERK

DATE

| AO 440 (Rev. 10/93) Summons in a Civil Action | **RETURN OF SERVICE** |
|---|---|

| SERVICE OF: | **SUMMONS AND COMPLAINT** | |
|---|---|---|
| EFFECTED (1) BY ME: | **NUNO VEIGA** | |
| TITLE: | **PROCESS SERVER** | DATE: **05/27/2008  04:39PM** |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant:

AVENTIS PHARMACEUTICALS, INC.

Place where served:

55 CORPORATE DR. BRIDGEWATER NJ

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

SANDY STUCKERT

Relationship to defendant: AUTHORIZED AGENT

Description of person accepting service:

SEX: F__  AGE: 14-20__  HEIGHT: 5'4"-5'8"__  WEIGHT: 131-160 LBS.__  SKIN: WHITE__  HAIR: BROWN__  OTHER: _____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ ____.___         SERVICES $ ____.___         TOTAL $ ____.___

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 05/27/20 08          _____ L.S.          *Linda Grumble* 05/27/2008
                           SIGNATURE OF NUNO VEIGA                    LINDA GRUMBLE
                           GUARANTEED SUBPOENA SERVICE, INC.          NOTARY PUBLIC OF NEW JERSEY
                           2009 MORRIS AVENUE                         My Commission Expires Nov. 9, 2012
                           UNION, NJ 07083

| ATTORNEY: | RUSSEL H. BEATIE, ESQ. |
|---|---|
| PLAINTIFF: | CAROL J. STRONG |
| DEFENDANT: | NOVARTIS PHARMACEUTICALS CORP. ET AL |
| VENUE: | DISTRICT OF NY |
| DOCKET: | 08 CV 4100 |

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

TZ