UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY 23 2008

FILED
CLERK'S OFFICE

IN RE: AREDIA AND ZOMETA PRODUCTS
LIABILITY LITIGATION
    Carol J. Strong v. Novartis Pharmaceuticals Corp., et al., )
    S.D. New York, C.A. No. 1:08-4100 )    MDL No. 1760

## ORDER VACATING CONDITIONAL TRANSFER ORDER

    A conditional transfer order was filed in this action (*Strong*) on May 15, 2008. The Panel has now been advised that *Strong* contains claims relating to: (1) the prescription drugs Aredia and/or Zometa, that appear to share questions of fact with actions in MDL No. 1760; (2) the prescription drug Fosamax, that appear to share questions of fact with actions in MDL No. 1789; and (3) the prescription drug Actonel, which do not involve common questions of fact with the previously transferred actions in either MDL No. 1760 or MDL No. 1789. Accordingly, this action will be included on a future conditional transfer order in this docket with separation and remand of the unrelated claims.

    IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-68" filed on May 15, 2008, is VACATED insofar as it relates to this action.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

A CERTIFIED TRUE COPY

MAY 2 3 2008

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION