James H. Neale (JN6972)
FULBRIGHT & JAWORSKI L.L.P.
666 Fifth Avenue
New York, New York 10103
(212) 318-3000
*Attorneys for Defendants*

    - and –

Terry O. Tottenham
Lana K. Varney
FULBRIGHT & JAWORSKI L.L.P.
600 Congress Avenue, Suite 2400
Austin, Texas 78701
(512) 536-5201
*Of Counsel*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CAROL J. STRONG, <br><br> Plaintiff, <br><br> v. <br><br> NOVARTIS PHARMACEUTICALS CORPORATION, MERCK & CO., INC., PROCTER & GAMBLE PHARMACEUTICALS, INC. AND AVENTIS PHARMACEUTICALS, INC., <br><br> Defendants. | CIVIL ACTION NO. 1:08-CIV-4100 <br><br> **RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF DEFENDANT PROCTER & GAMBLE PHARMACEUTICALS, INC.** |

Defendant Procter & Gamble Pharmaceuticals, Inc. ("P&G") files this disclosure statement with the clerk of court as required by Federal Rule of Civil Procedure 7.1 and certifies that P&G is a corporation with its principal place of business in Cincinnati, Ohio. Further, P&G is a wholly-owned subsidiary of The Procter & Gamble Company and no publicly held company, other than The Procter & Gamble Company, owns 10% or more of P&G's stock.

ANSWER      -1-

-2-

Dated: July 3, 2008                     FULBRIGHT & JAWORSKI L.L.P.

                                        By: _____
                                              James H. Neale (JN6972)
                                        666 Fifth Avenue
                                        New York, NY 10103-3198
                                        (212) 318-3000
                                        *Attorney for Defendants Procter & Gamble Pharmaceuticals, Inc., and sanofi-aventis U.S. L.L.C.*

                                                    - AND -

                                        Terry O. Tottenham
                                        Lana K. Varney
                                        FULBRIGHT & JAWORSKI L.L.P.
                                        600 CONGRESS AVENUE, SUITE 2400
                                        AUSTIN, TEXAS 78701
                                        (512) 536-5201

                                        *Of Counsel*