James H. Neale (JN6972)
FULBRIGHT & JAWORSKI L.L.P.
666 Fifth Avenue
New York, New York 10103
(212) 318-3000
*Attorneys for Defendants*

    - and –

Terry O. Tottenham
Lana K. Varney
FULBRIGHT & JAWORSKI L.L.P.
600 Congress Avenue, Suite 2400
Austin, Texas 78701
(512) 536-5201
*Of Counsel*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| CAROL J. STRONG, | x | |
| Plaintiff, | : | |
| v. | : | CIVIL ACTION NO. 1:08-CIV-4100 |
| NOVARTIS PHARMACEUTICALS CORPORATION, MERCK & CO., INC., PROCTER & GAMBLE PHARMACEUTICALS, INC. AND AVENTIS PHARMACEUTICALS, INC., | : | **RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF DEFENDANT AVENTIS PHARMACEUTICALS, INC.** |
| Defendants. | : | |
| | x | |

    Defendant sanofi-aventis U.S. L.L.C., successor in interest to Aventis Pharmaceuticals, Inc. ("sanofi-aventis US"), files this disclosure statement with the clerk of court as required by Federal Rule of Civil Procedure 7.1 and certifies that sanofi-aventis US is an entity with its principal place of business in New Jersey. sanofi-aventis US is a wholly-owned subsidiary of sanofi-aventis SA and no publicly held company, other than sanofi-aventis SA, owns 10% or more of sanofi-aventis US's stock.

ANSWER                       -1-

Dated: July 3, 2008

FULBRIGHT & JAWORSKI L.L.P.

By:

James H. Neale (JN6972)
666 Fifth Avenue
New York, NY 10103-3198
(212) 318-3000
*Attorney for Defendants Procter & Gamble*
*Pharmaceuticals, Inc., and sanofi-aventis U.S.*
*L.L.C.*

- AND -

Terry O. Tottenham
Lana K. Varney
FULBRIGHT & JAWORSKI L.L.P.
600 CONGRESS AVENUE, SUITE 2400
AUSTIN, TEXAS 78701
(512) 536-5201

*Of Counsel*