# United States District Court

**SOUTHERN** **DISTRICT OF** **NEW YORK**

Carol J. Strong

## SUMMONS IN A CIVIL CASE

**V.**

CASE NUMBER:

Novartis Pharmaceuticals Corporation, Merck & Co., Inc., Procter & Gamble Pharmaceuticals, Inc. and Aventis Pharmaceuticals, Inc.,

'08 CIV 4100

TO: (Name and address of defendant)

Procter & Gamble Pharmaceuticals, Inc.
One Proctor Gamble Plaza
Cincinnati, Ohio 45202-3393

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Beatie and Osborn LLP
521 Fifth Avenue, 34th Floor
New York, New York 10175

an answer to the complaint which is herewith served upon you, within _____twenty_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

(BY) DEPUTY CLERK

MAY 01 2008

DATE

| AO 440 (Rev. 10/93) Summons in a Civil Action | RETURN OF SERVICE |
|---|---|
| SERVICE OF: SUMMONS, COMPLAINT,<br>EFFECTED (1) BY ME: OUT OF STATE<br>TITLE: PROCESS SERVER | DATE: 7/29/08 |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant:

PROCTER & GAMBLE PHARMACEUTICALS, INC

Place where served:

1 P&G PLAZA CINCINNATI, OH 45202

[X] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

Relationship to defendant: MS KETTERER - ADMIN. ASST.

Description of person accepting service:

SEX: F  AGE: 28  HEIGHT: 5'6"  WEIGHT: 120  SKIN: WH  HAIR: BRWN  OTHER:

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ ___.___   SERVICES $ ___.___   TOTAL $ ___.___

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 7/29/2008

SIGNATURE OF OUT OF STATE   L.S.   JOHN REINHOLD
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

ATTORNEY: RUSSEL H BEATIE, ESQ
PLAINTIFF: CAROL J STRONG
DEFENDANT: NOVARTIS PHARMACEUTICALS, ET AL
VENUE: DISTRICT OF NER YORK
DOCKET: 08 CIV 4100

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

SM